

# Fourth Court of Appeals
## San Antonio, Texas

October 8, 2020

No. 04-20-00094-CV

Roger Scott **LADWIG** and Wayne Ramsay,
Appellants

v.

Theresa Marie **GRAF,**
Appellee

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-15269
Honorable Rosie Alvarado, Judge Presiding

## O R D E R

On October 5, 2020, appellant filed a Motion for Leave to File Supplemental Reply Brief. After consideration, we **GRANT** the motion.[1]

It is so **ORDERED** on October 8, 2020.

**PER CURIAM**

ATTESTED TO: _____
Michael A. Cruz,
Clerk of Court

---

[1] We note the motion does not contain a certificate of conference as required by Texas Rule of Appellate Procedure 10.1(a)(5).